BLACK HEAT ELECTRIC CORPORATION, Respondent, v. ROBERTS NUMBERING MACHINE Co., INC., Appellant.— Judgment, and order so far as appealed from, unanimously reversed, with costs to the appellant, and the motion for summary judgment denied on the ground that there are issues of fact which

must await determination on a trial. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.